UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON RANSOM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SACRAMENTO VETERAN RESOURCE CENTER, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-01443-MCE-AC<br><br><br>ORDER TO SHOW CAUSE |

On July 14, 2017, this Court ordered plaintiff to file a complaint conforming to the Federal Rules of Civil Procedure. ECF No. 3. Plaintiff was given 30 days to file a complaint. Id. The deadline has passed, and plaintiff has made no further filings. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause, within 14 days why this case should not be dismissed for failure to prosecute. The filing of a complaint that complies with the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice, bearing the docket number assigned this case, will be considered compliance with this order.

DATED: August 16, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE